Vanessa R. Waldref
United States Attorney
Eastern District of Washington
George J.C. Jacobs, III
Dominique Juliet Park
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 15 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RHONDA SUE ACKERMAN,<br><br>  Defendant. | 2:22-CR-22-RMP<br><br>INDICTMENT<br><br>Vio: 26 U.S.C. § 7203<br>Failure to File Income Tax Return<br>(Counts 1, 2) |

The Grand Jury charges:

COUNT 1

That during the calendar year 2015, RHONDA SUE ACKERMAN and her spouse (identified herein as "N.A."), who were husband and wife and were residents of Spokane, Washington, which is a community property state, had and received gross income computed on the community property basis in excess of $20,600 and $20,600, respectively; that by reason of such gross income, RHONDA SUE

INDICTMENT – 1

ACKERMAN was required by law, following the close of the 2015 calendar year, and on or before April 18, 2016, to make an income tax return to the person assigned to receive returns at the local office of the Internal Revenue Service in Spokane, Washington, to the Internal Revenue Service in Fresno, California, or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue, stating specifically the items of her gross income and any deductions and credits to which she was entitled; that well knowing and believing all of the foregoing, RHONDA SUE ACKERMAN did willfully fail, on or about April 18, 2016, in the Eastern District of Washington and elsewhere, to make an income tax return, in violation of 26 U.S.C. § 7203.

## COUNT 2

That during the calendar year 2016, RHONDA SUE ACKERMAN and her spouse (identified herein as "N.A."), who were husband and wife and were residents of Spokane, Washington, which is a community property state, had and received gross income computed on the community property basis in excess of $20,700 and $20,700, respectively; that by reason of such gross income, RHONDA SUE ACKERMAN was required by law, following the close of the 2016 calendar year, and on or before October 15, 2017, to make an income tax return to the person assigned to receive returns at the local office of the Internal Revenue Service in Spokane, Washington, to the Internal Revenue Service in Fresno, California, or to

INDICTMENT – 2

another Internal Revenue Service office permitted by the Commissioner of Internal Revenue, stating specifically the items of her gross income and any deductions and credits to which she was entitled; that well knowing and believing all of the foregoing, RHONDA SUE ACKERMAN did willfully fail, on or about October 15, 2017, in the Eastern District of Washington and elsewhere, to make an income tax return, in violation of 26 U.S.C. § 7203.

DATED this 15m day of February, 2022.

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Earl A. Hicks, AUSA for*
George J.C. Jacobs, III
Assistant United States Attorney

*Earl A. Hicks, AUSA for*
Dominique Juliet Park
Assistant United States Attorney

INDICTMENT – 3